# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE D. BUTLER, | : | |
| Plaintiff, | : | Case No. 2:10-CV-499 |
| vs. | : | JUDGE SARGUS |
| OHIOHEALTH CORPORATION, *et al.*, | : | MAGISTRATE JUDGE KING |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the parties hereby dismiss the above-referenced matter, with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/Alison M. Day (per e-mail auth. 5/24/11)
Alison M. Day (0068060)
(*aday@littler.com*)
Becky Melchiorre (0076575)
(*bmelchiorre@littler.com*)
LITTLER MENDELSON, P.C.
21 East State Street, Suite 1600
Columbus, Ohio 43215
(614) 463-4201
Fax (614) 221-3301

Penelope A. Proctor (0010061)
OHIOHEALTH CORPORATION
180 E. Broad Street, 34th Floor
Columbus, Ohio 43215
(614) 544-4433
Fax (614) 544-4463

*Attorneys for Defendants*

/s/Greg R. Mansell_____
Robert J. Beggs (0002966)
(*John.Beggs@BeggsCaudill.com*)
Danny L. Caudill (0078859)
(*Danny.Caudill@BeggsCaudill.com*)
Gregory R. Mansell (0085197)
(*Greg.Mansell@BeggsCaudill.com*)
BEGGS CAUDILL, LLC
1675 Old Henderson Road
Columbus, Ohio 43220-3644
(614) 360-2044
Fax (614) 448-4544

*Attorneys for Plaintiff*